**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RALPH COUNTRYMAN, | ) | 3:11-cv-00852-ECR-VPC |
| Plaintiff, | ) | |
| vs. | ) | **Order** |
| JACK PALMER, *et al.*, | ) | |
| Defendant. | ) | |

On August 7, 2012, the Magistrate Judge filed a Report and Recommendation (#24) recommending that the Court deny Plaintiff's motion for a preliminary injunction (#3). Plaintiff was instructed that objections should be filed within fourteen days of receipt of the Report and Recommendation (#24). On August 21, 2012, Plaintiff filed a motion (#29) for extension of time to object to the report and recommendation, requesting sixty days to object to the Report and Recommendation (#24). The Court shall grant an extension of twenty-one days to object.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's motion for extension of time (#29) is **DENIED** to the extent that Plaintiff requests sixty days to object. Plaintiff shall, however, have

1 | twenty-one days after the date of entry of this Order to file
2 | objections to the Report and Recommendation (#24).

DATED: August 24, 2012.

_____
UNITED STATES DISTRICT JUDGE

2