**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH COUNTRYMAN, ) | 3:11-cv-00852-ECR-VPC |
| Plaintiff, ) | |
| vs. ) | **Order** |
| JACK PALMER, *et al.*, ) | |
| Defendant. ) | |

On August 7, 2012, the Magistrate Judge filed a Report and Recommendation (#24) recommending that the Court deny Plaintiff's motion for a preliminary injunction (#3). On August 24, 2012, the Court granted (#30) an extension of twenty-one days within which to object to the Report & Recommendation (#24).  On September 6, 2012, Plaintiff filed a notice of non-opposition (#31).

Plaintiff filed a motion for a preliminary injunction (#3), requesting a mandatory injunction "requiring the impoundment of all federal funds acquired and or expended by the Nevada Department of Corrections since April 1, 2010, or in the alternitive [sic] the restoration of the religious programs at Northern Nevada Correctional Center to those in place on September 1, 2009." (Pl.'s Mot. Prelim. Injunction at 1 (#3).)  The Magistrate Judge recommends that the motion (#3) be denied, as Plaintiff has not sufficiently

shown that he meets the requirements for the granting of a preliminary injunction.  In the non-opposition (#31), Plaintiff states that since his filing of the motion for preliminary injunction (#3), defendants "have been attempting to apply a less restrictive alternitive [sic] concerning weekly group religious services" and therefore he has no objection to the Report & Recommendation.  (Notice of Non-Opposition at 1 (#31).)

**IT IS, THEREFORE, HEREBY ORDERED** that the Report & Recommendation (#24), being well-taken, is **APPROVED AND ADOPTED**.  Plaintiff's motion for preliminary injunction (#3) is **DENIED**.

DATED: September 19, 2012.

_____
UNITED STATES DISTRICT JUDGE

2